1  Anthony L. Martin
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
   Christina M. Mallatt
3  Nevada Bar No. 9112
   christina.mallatt@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Wells Fargo Tower
5  Suite 1100
   3800 Howard Hughes Parkway
6  Las Vegas, NV  89169
   Telephone:  702.791.7600
7  Fax:  702.369.5694

8  Attorneys for VCA Antech, Inc. and Michelle L. Hoyt

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| KRISTIN B. CLARK, | Case No.: 2:10-cv-00454-JCM-LRL |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| VCA ANTECH, INC., a Delaware Corporation; MICHELE L. HOYT, an individual; ROE business organizations I-X; DOE INDIVIDUALS I-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel, that the above-entitled action be dismissed with prejudice in its entirety, each party to bear its own fees and costs.

/ / /

/ / /

/ / /

Dated this 7th day of September, 2010.   Dated this 7th day of September, 2010.

KEMP & KEMP, ATTORNEYS AT LAW

/s/ James P. Kemp

James P. Kemp
Nevada Bar No. 6375
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Christina Mallatt

Anthony L. Martin
Nevada Bar No. 8177
Christina M. Mallatt
Nevada Bar No. 9112
Wells Fargo Tower
Suite 1100
3800 Howard Hughes Parkway
Las Vegas, NV  89169

*Attorneys for VCA Antech, Inc. and Michelle L. Hoyt*

**ORDER**

IT IS SO ORDERED.

Dated this September 13, 2010.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

8951797.1 (OGLETREE)

2